(*Supreme Court of Illinois.*)
### Lucinda G. Bent
### vs.
### Mary Coleman, et al.
(January Term, 1878.)

DISMISSAL OF APPEAL FOR INSUFFICIENCY OF BOND. Cross motion to amend insufficient bond.

SHELDON, J.:—

There is a motion to dismiss the appeal for want of a sufficient appeal bond and a cross motion for leave to file an amendment. The cross motion is allowed and five days given within which to file the amendment.